REUBIN MARSH, *Plaintiff in Error,* v. PORTER S. BENNETT, M. S. MERRILL AND E. T. MERRILL, *Defendants in Error.*

APPELLATE PRACTICE—FINAL JUDGMENT NECESSARY TO SUPPORT
WRIT OF ERROR.

Where the record brought to an appellate court by writ of error
shows that there was no final judgment in the cause from which
such writ would lie, the said writ of error will be dismissed
at the cost of the plaintiff in error.

This case was decided by Division A.

Writ of error to the Circuit Court for Volusia county.

The facts in the case are stated in the opinion of the
court.

*John W. Price* for plaintiff in error.

*Isaac A. Stewart* (with whom was *Egford Bly* on the
brief) for defendants in error.

PER CURIAM.—This cause coming on for final adjudica-
tion before Division A of the court upon the transcript of
the record and briefs of counsel for the respective parties,
upon due consideration the court finds that there was no
final judgment rendered in said cause from which writ of
error would lie, and it is, therefore, hereby considered,
ordered and adjudged that the writ of error in said cause
be, and the same is hereby, dismissed at the cost of the
plaintiff in error. *Harrison v. Thurston,* 11 Fla. 307; *Gates
v. Hayner,* 22 Fla. 325; *Ropes v. Eldridge,* 39 Fla. 47, 21.
South. Rep. 570.